Jack Gross, Esq.
THE CHARTWELL LAW OFFICES, LLP
*Attorneys for Defendant*
*Nissan Motor Acceptance Corporation*
One Battery Park Plaza, 35th Floor
New York, New York 10004
(212) 968-2300

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RAFAEL BERIGUETE,

        Plaintiff,

-v-

STATE RECOVERY, INC.,
NISSAN MOTOR ACCEPTANCE
CORPORATION,
John Does # 1-4,

        Defendants.

Case No.:12 CV 1559

**RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the Magistrates and Judges of this Honorable Court to evaluate possible disqualification or recusal in connection with the above-captioned matter, the undersigned, counsel of record for defendant, NISSAN MOTOR ACCEPTANCE CORP., a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries and/or affiliates of said party which are publicly held:

NISSAN MOTOR ACCEPTANCE CORPORATION
NISSAN MOTOR CO., LTD.
NISSAN NORTH AMERICA, INC.
RENAULT

PLEASE TAKE FURTHER NOTICE that defendant will file a supplemental statement upon any change in the information set forth herein.

Dated: New York, NY
       May 18, 2012

                                      THE CHARTWELL LAW OFFICES, LLP
                                      By: _____
                                              Jack Gross, Esq.
                                              Attorneys for Defendant
                                              Nissan Motor Acceptance Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL BERIGUETE,<br><br>                Plaintiff,<br><br>-v-<br><br>STATE RECOVERY, INC.,<br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION,<br>John Does # 1-4,<br><br>                Defendants. | Case No.: 12 CV 1559 |

### CERTIFICATION OF MAILING

The undersigned hereby certifies that on this date, a copy of the within Rule 7.1 Disclosure Statement was served via regular United States Mail, to the following person:

TO:    THE LAW OFFICE OF AHMAD KESHAVARZ
16 Court Street, 26th Floor
Brooklyn, New York 11241-1026
P: (718) 522-7900
F: (877) 496-7809
Email: ahmad@ NewYorkConsumerAttorney.com

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 18, 2012

_____
CARLOS A. VASQUEZ