IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Rafael Beriguete** § | |
|    Plaintiff § | Case No.: 1:12-cv-01559-JPO |
| v. § | |
| **State Recovery, Inc.** § | |
| **Nissan Motor Acceptance Corporation** § | |
| **Asset Management Outsourcing Recoveries,** | |
|    **Inc. d/b/a AMO Recoveries** § | |
| **U.S. Recoveries d/b/a NYC Recoveries** § | |
|    **Defendants** | |

### Motion For Entry of Default Against Defendant Asset Management Outsourcing Recoveries, *only*

1. Plaintiff Rafael Beriguete moves for default judgment against Defendant Asset Management Outsourcing Recoveries.

2. In support, Plaintiff attaches an "Affidavit For Entry of Default", which includes by reference the relevant documents.

   WHEREFORE, plaintiff requests the entry of Default as to Defendant Asset Management Outsourcing Recoveries.

Dated: Brooklyn, New York
       October 10, 2012

   Respectfully submitted,
   /s/

   Ahmad Keshavarz
   ATTORNEY FOR PLAINTIFF
   The Law Office of Ahmad Keshavarz
   16 Court St., 26th Floor
   Brooklyn, NY 11241-1026
   Phone: (718) 522-7900
   Fax:   (877) 496-7809
   Email: ahmad@NewYorkConsumerAttorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served foregoing as follows: Via ECF to

Defendants State Recovery, Inc. and U.S. Recoveries d/b/a NYC Recoveries
By and through its attorney of record
John L. Russo, Esq.
31-19 Newtown Ave., Suite 500
Astoria, New York 11102
P: (718) 777 – 1277
and
David A. Brodsky, Esq.
GREENWALD LAW OFFICES
99 Brookside Avenue
Chester, New York 10918
Tel: (845) 477-5692
Fax: (845) 469-2022


Defendant Nissan Motor Acceptance Corporation
By and through its counsel
Jack Gross
The Chartwell Law Offices, LLP
One Battery Park Plaza, 35th Floor
New York, New York 10004
P: (212) 968-2300

Via first class mail and CMRR to
Defendant Asset Management Outsourcing Recoveries
5644 Peachtree Ind. Blvd., Ste. 213
Norcross Georgia 30092


Dated: Brooklyn, New York
       October 10, 2012
       /s/
       _____
       Ahmad Keshavarz
       ATTORNEY FOR PLAINTIFF