**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Rafael Beriguete § | |
|    Plaintiff § | Case No.: 1:12-cv-01559-JPO |
| v. § | |
| State Recovery, Inc. § | |
| Nissan Motor Acceptance Corporation § | |
| Asset Management Outsourcing Recoveries, | |
|    Inc.  d/b/a AMO Recoveries § | |
| U.S. Recoveries d/b/a NYC Recoveries § | |
|    Defendants | |

**Affidavit For Entry of Default Against Defendant Asset Management Outsourcing Recoveries,** *only*

   I, Ahmad Keshavarz, declare under penalty of perjury, as provided or by the laws of the United States, 28 U.S.C. § 1746, that the following statements within my personal knowledge are true and correct:

1. I am a member of the Bar of this Court and am associated with the firm of The Law Office of Ahmad Keshavarz, attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default against defendant.

3. This is an action to recover damages for violations of the Fair Debt Collection Practices Act by five Defendants: State Recovery, Inc.; Nissan Motor Acceptance Corporation; Asset Management Outsourcing Recoveries; U.S. Recoveries; and Chuck McQuistion; and for violations of the Uniform Commercial Code.

4. Jurisdiction of the subject matter of this action is based on federal question jurisdiction under the Fair Debt Collection Practices Act. The Court has supplemental jurisdiction under 28 U.S.C. §1367 over Plaintiff's state law claim for violations of the Uniform Commercial Code because said claims are so related to the claims within the Court's original jurisdiction that they form part of the same case or controversy under Article 3 of the United States Constitution.

5. This action was commenced on March 2, 2012 by the filing of the summons and original complaint.

6. Plaintiff filed an amended complaint on August 29, 2012, adding Defendant Asset Management Outsourcing Recoveries.

7. A copy of the summons and complaint were served on Defendant Asset Management Outsourcing Recoveries by personal service on Amy Lesch, an agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of Asset Management Outsourcing Recoveries. Docket Entry # 26.

8. Attached and incorporated by reference is DE 26, the affidavit of service attesting service was perfected on September 14, 2012.

9. Attached and incorporated by reference if the ECF notice dated October 02, 2012 stating that the deadline for Defendant Asset Management Outsourcing Recoveries to answer was on October 5, 2012.

10. However, Defendant Asset Management Outsourcing Recoveries has not answered the complaint and the time for the defendant to answer the complaint has expired.

WHEREFORE, plaintiff requests the entry of Default as to Defendant Asset Management Outsourcing Recoveries.

Dated: Brooklyn, New York
October 9, 2012

/s/
_____
Affiant
Ahmad Keshavarz

Index # 1:12-cv-01559-
Purchased/Filed: August 12, 2012

Attorney(s):

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York      U. S. District Court      Southern Dist. County

Rafael Beriguete,

Plaintiff

against
State Recovery, Inc., et al.,

Defendant

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 30 Yrs.

Weight: 160 Lbs.   Height: 5' 9"   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

___Paula Cole___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   September 14, 2012  , at  2:45 pm , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons in a Civil Action & First Amended Complaint and Jury Demand

on   Asset Management Outsourcing Recoveries, Inc. d/b/a AMO Recoveries  , the Defendant in this action, by delivering to and leaving with   Amy Lesch  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40   dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

14th day of September, 2012

NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4503730, Rensselaer County
Commission Expires June 30, 2015

Paula Cole

**Invoice•Work Order #** 1215514

Index # 1:12-cv-01559-
Attorney(s): Purchased/Filed: August 12, 2012

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Rafael Beriguete,

Plaintiff

against
State Recovery, Inc., et al.,

Defendant

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 30 Yrs.

Weight: 160 Lbs.   Height: 5' 9"   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

__Paula Cole__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 14, 2012, at 2:45 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons in a Civil Action & First Amended Complaint and Jury Demand

on U.S. Recovery, Inc. d/b/a NYC Recovery, Inc., the Defendant in this action, by delivering to and leaving with Amy Lesch, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

14th day of September, 2012

NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4503780, Rensselaer County
Commission Expires June 30, 2015

Paula Cole

**Invoice•Work Order #** 1215512

**Ahmad Keshavarz**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Tuesday, October 02, 2012 12:30 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:12-cv-01559-JPO Beriguete v. State Recovery, Inc. et al Summons Returned Executed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Keshavarz, Ahmad on 10/2/2012 at 12:30 PM EDT and filed on 10/2/2012

| | |
|---|---|
| **Case Name:** | Beriguete v. State Recovery, Inc. et al |
| **Case Number:** | 1:12-cv-01559-JPO |
| **Filer:** | Rafael Beriguete |
| **Document Number:** | 26 |

**Docket Text:**
**SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. Asset Management Outsourcing Recoveries, Inc. served on 9/14/2012, answer due 10/5/2012. Service was accepted by Amy Lesch, Authorized Agent, Office of Secretary of State of the State of New York. Document filed by Rafael Beriguete. (Keshavarz, Ahmad)**


**1:12-cv-01559-JPO Notice has been electronically mailed to:**

Ahmad Keshavarz    ahmad@newyorkconsumerattorney.com, austinconsumerattorney@gmail.com

Andrew Jesse Furman    afurman@chartwelllaw.com

David Alan Brodsky    dbrodsky@greenwaldlaw.com, lydia@greenwaldlaw.com

Jack Gross    jgross@chartwelllaw.com

John Leo Russo    johnlawny@msn.com

**1:12-cv-01559-JPO Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/2/2012] [FileNumber=10566145-
0] [1bd3fbbe91a405b46e0741c39a765adf5b2dd87b56448ae6049cce4ca3b9cfb445
074a68ccbb0039dfff2efbe14d02ef5ee3ea11a3e896ab6c85887b94b16b7d]]