UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAFAEL BERIGUETE,

                              Plaintiff(s),

-against-

STATE RECOVERY, INC. et al.,

                              Defendant(s).

------------------------------------------------------------X

**MEMO ENDORSED**

12 Civ. 1559 (JPO)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable Magistrate Judge Gabriel W. Gorenstein United States Magistrate Judge, for the following purpose(s):

✓ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

___ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

___ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

___ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

___ JURY SELECTION

___ HABEAS CORPUS

___ INQUEST AFTER DEFAULT / DAMAGES HEARING

___ SOCIAL SECURITY

___ SETTLEMENT

___ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

___ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

Dated: New York, New York
October 10, 2012

*In light of the addition of new parties, an additional period of discovery appears to be appropriate. This case is referred to Magistrate Judge Gorenstein, who will set that schedule and handle all pretrial matters.*

SO ORDERED:

J. PAUL OETKEN
United States District Judge