USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **NOV 2 8 2012**

# AHMAD KESHAVARZ
## *Attorney at Law*

**MEMO ENDORSED**

16 COURT ST., SUITE 2600   WWW.NEWYORKCONSUMERATTORNEY.COM   PHONE: (718) 522-7900
BROOKLYN, NY 11241-1026   E-mail: ahmad@NewYorkConsumerAttorney.com   FAX: (877) 496-7809

November 28, 2012

The Honorable J. Paul Oetken
United States District Judge
Southern District Of New York
500 Pearl Street
New York, NY 10007

*Via fax to (212) 805-7991*

Re:   *Request to adjourn conference for November 29, 2012.*

Case No.: *1:12-cv-01559-JPO, Beriguete v. State Recovery, Inc. et al LLP, Southern District of New York*

*[Handwritten: The Nov. 29 conference is hereby adjourned sine die.]*

**SO ORDERED:**

/s/ J. PAUL OETKEN
U.S.D.J.   11-28-12

Dear Judge Oetken:

The undersigned represents Plaintiff in this suit for violations of the Fair Debt Collection Practices act and for violations of the Uniform Commercial Code, including for breach of the peace in an attempt to repossess a vehicle.

When Your Honor set the initial scheduling order on June 22, 2012, you set at status conference for November 29, 2012 at 11:15 AM. However, on October 12, 2012, you issued an order [DE 34] referring this case to the magistrate for pretrial matters and to set a new discovery schedule given the recent addition of additional Defendants.

On October 22, 2012, Magistrate Judge Sarah Netburn set an initial pretrial conference [DE 37] for December 4, 2012 at 10:00 AM to issue a new discovery order.

In light of the discovery conference with the magistrate next week, Plaintiff requests the adjournment of the November 29, 2012 conference with Your Honor. This is Plaintiff's first request for adjournment. Defendants Nissan Motors Acceptance and Asset Management Outsourcing Recoveries, Inc. d/b/a AMO Recoveries consent to this request. Counsel for the remaining Defendants have not responded to an email requesting consent, but the undersigned has no reason to believe they would not consent as a hearing has been set with the magistrate for next week.

Sincerely,

/s/
Ahmad Keshavarz

cc: opposing counsel (via email)

1