UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAFAEL BERIGUETE,

               Plaintiff,

-against-

STATE RECOVERY, INC., NISSAN MOTOR
ACCEPTANCE CORPORATION, ASSET
MANAGEMENT OUTSOURCING RECOVERIES, INC.
d/b/a AMO RECOVERIES, U.S. RECOVERY, INC. d/b/a
NYC RECOVERY, CHUCK MCQUISTION and JOHN
DOES # 1-5,

               Defendant.
------------------------------------------------------------------X

**RULE 7.1 DISCLOSURE**

Civil Action No.: 12-CV-01559(JPO)

Pursuant to the Rule 7.1 of the Rules of Civil Procedure, the undersigned counsel for

**ASSET MANAGEMENT OUTSOURCING RECOVERIES, INC. d/b/a AMO RECOVERIES** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

               **NONE.**

Dated: Brooklyn, New York
       November 30, 2012

               Yours. etc.,

               THE LAW OFFICES OF EDWARD GARFINKEL
               Attorneys for Defendant,
               ASSET MANAGEMENT OUTSOURCING
               RECOVERIES, INC. d/b/a AMO RECOVERIES

               By: _____
               Kevin Barry McHugh
               12 Metrotech Center – 28th Floor
               Brooklyn, New York 11201
               (718) 250-1100
               Our File No.: NYNY-30393

TO:   Ahmad Keshavarz, Esq.
       Ahmad Keshavarz, Law Offices
       Attorney for Plaintiff
       16 Court Street - 26th Floor
       Brooklyn, NY 11241
       (718) 522-7900

John L. Russo, Esq.
Attorney for Defendants
**STATE RECOVERY, INC. and U.S. RECOVERIES d/b/a NYC RECOVERIES**
31-19 Newton Avenue – Suite 500
Astoria, New York 11102
(718) 777-1277

David Alan Brodsky, Esq.
Attorney for Defendants
**STATE RECOVERY, INC. and U.S. RECOVERIES d/b/a NYC RECOVERIES**
Greenwald Law Offices
99 Brookside Ave.
Chester, NY 10918
(845) 469-4900

Jack Gross, Esq.
Attorneys for Defendant
**NISSAN MOTOR ACCEPTANCE CORPORATION**
The Chartwell Law Offices, LLP
One Battery Park Plaza – 35th Floor
New York, New York 10004
(212) 968-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAFAEL BERIGUETE,

                              Plaintiff,                                  **Civil Action No.: 12-CV-01559(JPO)**

      -against-

STATE RECOVERY, INC., NISSAN MOTOR
ACCEPTANCE CORPORATION, ASSET
MANAGEMENT OUTSOURCING RECOVERIES,
INC. d/b/a AMO RECOVERIES, U.S. RECOVERY,
INC. d/b/a NYC RECOVERY, CHUCK MCQUISTION
and JOHN DOES # 1-5,

                              Defendants.
-----------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants.

                                                                     _____
                                                                     Kevin Barry McHugh

TO:    Ahmad Keshavarz, Esq.
          Ahmad Keshavarz, Law Offices
          Attorney for Plaintiff
          16 Court Street - 26th Floor
          Brooklyn, NY 11241
          (718) 522-7900

          John L. Russo, Esq.
          Attorney for Defendants
          **STATE RECOVERY, INC. and U.S.
          RECOVERIES d/b/a NYC RECOVERIES**
          31-19 Newton Avenue – Suite 500
          Astoria, New York 11102
          (718) 777-1277

David Alan Brodsky, Esq.
Attorney for Defendants
**STATE RECOVERY, INC. and U.S. RECOVERIES d/b/a NYC RECOVERIES**
Greenwald Law Offices
99 Brookside Ave.
Chester, NY 10918
(845) 469-4900

Jack Gross, Esq.
Attorneys for Defendant
**NISSAN MOTOR ACCEPTANCE CORPORATION**
The Chartwell Law Offices, LLP
One Battery Park Plaza – 35th Floor
New York, New York 10004
(212) 968-2300