UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Rafael BERIGUETE,

                 Plaintiff,

      -against-

STATE RECOVERY, INC., et al.,

                 Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2013

12-CV-01559 (JPO)(SN)

**REPORT &
RECOMMENDATION**

**SARAH NETBURN, United States Magistrate Judge.**

**TO THE HONORABLE J. PAUL OETKEN:**

       On May 29, 2013, the parties notified the Court that they had arrived at a settlement agreement. Accordingly, the status conference previously scheduled for May 30, 2013 is ADJOURNED *sine die*. I recommend that the Hon. J. Paul Oetken DISMISS this case with prejudice but with leave to reopen within 90 days in order to allow the parties sufficient time to effectuate the terms of their agreement.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED: New York, New York
            May 30, 2013