UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
::
RAFAEL BERIGUETE,:
:
                         Plaintiff,:
:      12 Civ. 1559 (JPO)
      -against-:
:      ORDER
STATE RECOVERY, INC., et al.,:
                       Defendants.:
:
---------------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

    Pursuant to 28 U.S.C. § 636(b)(1), a district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." The district court reviews a magistrate judge's report "strictly for clear error when no objection has been made." *Coach, Inc v. O'Brien*, No. 10 Civ. 6071, 2012 WL 1255276, at * 1 (S.D.N.Y. Apr. 13, 2012) (citation omitted). Applying that standard, and upon review of the history of this case, the Court adopts the Report and Recommendation of Magistrate Judge Netburn. This case is hereby dismissed with prejudice but with leave to reopen within 90 days in order to allow the parties sufficient time to effectuate the terms of their agreement.

    SO ORDERED.

Dated: New York, New York
       June 20, 2013

                                                      J. PAUL OETKEN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 21 2013